**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00560-CV

### PHYLLIS M. REESE, ET AL., Appellants

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-00480-201**

## ORDER

We **GRANT** appellee's October 14, 2013 unopposed motion for an extension of time to file a brief. Appellee shall file its brief on or before November 15, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE